IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Tucson                    MAGISTRATE JUDGE'S MINUTES

FILED ___ LODGED
RECEIVED ___ COPY
DEC 10 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

CASE NUMBER: CR 04-01580-001-TUC-DCB(JCC)        Date: 12/8/2004

Hon. JAMES C. CARRUTH, United States Magistrate    Judge #: 70BG

USA v. BRUCE HAROLD DONAHUE JR

DEFENDANT: ☒ Present ☐ Not Present  ☒ Released ☐ Custody ☐ Writ
Deputy Clerk: Marisa Harris         Recorded: Cass. #Courtsmart
U.S. Atty: Raquel Arellano          Dft Atty: Andrew Klausner, Ret.
Intrptr: N/A

☐ Dft not appearing, on mot of US Atty, order bond revoked/forfeited and B/W issued, dft to be held without bail

**PROCEEDINGS:**   ☐ ARRAIGNMENT/PLEA      ☒ CHANGE OF PLEA

☐ Waiver of Indictment filed              Age: 28
☐ CHARGES: _____
☒ Dft states true name to be: SAME
☒ Dft advised: ☒ Right to trial by jury ☐ Right to indictment by GJ
☒ Dft enters: ☒ GUILTY PLEA to one-count indictment
Lesser offense _____
☐ Court finds amount of ___ to be _____
☒ Plea agreement ☒ FILED ☐ NOT FILED ☐ SEALED
☒ Guidelines case    ☐ Non-guidelines case
☒ Continued for sentence to 2/24/05 at 9:30 AM BEFORE JUDGE BURY
☐ To be dismissed upon entry of judgment _____
☒ ORDER vacate trial date/motion hearing/motions moot
☒ Provided with copy of Indictment/Information   ☒ Waives reading
☒ ORDER defendant remain released pending sentence
☐ Interpreter not required. Remove interpreter designation.
☒ Other: PSR ORDERED

copies to: Raquel Arellano, PO, PSA, Andrew Klausner, JUDGE BURY

